IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| Tammy Kennedy, <br><br> *On behalf of herself and those similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Lady Jane's Haircuts for Men Holding Company, LLC, *et al.*; <br><br> Defendants. | Case No. 1:23-cv-00493 <br><br> Judge Michael Barrett |

NOTICE OF SUPPLEMENT TO PLAINTIFF'S UNOPPOSED MOTION FOR SETTLEMENT APPROVAL (DOC. 67)

Plaintiff hereby files this notice of supplement to the Unopposed Motion for Settlement Approval (Doc. 67) to provide a copy of the fully executed Settlement Agreement, attached hereto as Exhibit 1. Previously, Plaintiff had filed a partially executed copy of the Settlement Agreement. *See* Doc. 67-1.

Respectfully submitted,

/s/ *Laura E. Farmwald*
Andrew R. Biller (Ohio Bar No. 0081452)
Andrew P. Kimble (Ohio Bar No. 0093172)
Laura E. Farmwald (Ohio Bar No. 0095304)
Emily A. Hubbard (Ohio Bar No. 0096032)
Biller & Kimble, LLC
8044 Montgomery Rd., Ste. 515
Cincinnati, OH 45236
Telephone: (513) 715-8711

Facsimile: (614) 340-4620
*abiller@billerkimble.com*
*akimble@billerkimble.com*
*lfarmwald@billerkimble.com*
*ehubbard@billerkimble.com*

*Counsel for Plaintiff and the putative class*