In the United States District Court
for the Southern District of Ohio
Western Division at Cincinnati

| | |
|---|---|
| Tammy Kennedy,<br><br>*On behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Lady Jane's Haircuts for Men Holding Company, LLC, *et al.*;<br><br>Defendants. | Case No. 1:23-cv-00493<br><br>Judge Michael Barrett |

Order Granting Motion For Settlement Approval

The Court having reviewed the Unopposed Motion For Settlement Approval (Doc. 67), hereby GRANTS the Motion.

The Settlement Agreement entered by the Parties is a fair, reasonable, and adequate settlement of a bona fide dispute that was reached through arms-length negotiations.

The Parties shall proceed with payment and distribution of the settlement funds as outlined in the Settlement Agreement. As contemplated by the Settlement Agreement, within thirty (30) days of the receipt of the settlement payments, the Parties

shall file a stipulation of dismissal of this action with prejudice.

    IT IS SO ORDERED.

                                                                     */s/ Michael R. Barrett*  
                                                                   United States District Judge